# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| THERESA PROSPER ) | **CIVIL ACTION NO.** |
| ) | |
| Plaintiff, ) | |
| ) | **RULE 26.01 INTERROGATORIES** |
| vs. ) | |
| ) | |
| AMERICAN CREDIT ) | |
| ACCEPTANCE, LLC ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff Theresa Prosper, pursuant to Local Civil Rule 26.01 DSC, respectfully submits the following answers to the Court's standard interrogatories.

**(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

ANSWER: Plaintiff is not aware of any persons or legal entities who have a subrogation interest in the claims.

**(B) As to each claim, state whether it should be tried jury or non jury and why.**

ANSWER: Plaintiff is entitled to and hereby demands a trial by jury

**(C) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

ANSWER: The basis for asserting the claim in the division in which it is filed is that the acts and transactions giving rise to Plaintiff's action occurred in this State and this district, where Defendant resides in this State and this district.

1

**(D)** Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide:

(1) a short caption and the full case number of the related action;
(2) an explanation of how the matters are related; and
(3) a statement of the status of the related action.

ANSWER: N/A

DATED April 10, 2015.

Respectfully submitted,

/s/ Holly E. Dowd
Holly E. Dowd (S.C. Bar No. 77897)
Thompson Consumer Law Group, PLLC
822 Camborne Place
Charlotte, NC 28210
(888) 595-9111 ext. 260
(866) 565-1327 (fax)
hdowd@consumerlawinfo.com

ATTORNEYS FOR PLAINTIFF

*Please send correspondence to the address below*

Holly E. Dowd
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave D106-618
Mesa, AZ 85206